JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WARREN FREDRICKSON,<br><br>    Petitioner,<br><br>    vs.<br><br>K. HOLLAND, Warden,<br><br>    Respondent. | Case No. CV 14-08637-PSG (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: _September 28, 2015

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE